GURECKI *v.* PRO TEM. JUDGE SALLWASSER, ETC.
[No. 0-502. Filed January 9, 1958.]

*Stanley Gurecki, pro se.*

PER CURIAM—The petitioner seeks a Writ of Mandamus against the respondent Judge. The action is not prosecuted in the name of the State of Indiana on the relation of the party seeking the relief. The petition does not comply with Rule 2-35, which requires certified copies of all court orders pertaining to the subject matter be filed with the petition.

A showing has been made that the respondent against whom this petition is filed has refused to accept and has never accepted the appointment as special judge and that the regular judge has submitted the names of three persons to the parties from whom a special judge is to be chosen.

For the reasons stated the petition is denied.

NOTE.—Reported in 146 N. E. 2d 827.

SHANNON *v.* STATE OF INDIANA.
[No. 0-506. Filed January 22, 1958.]

*Henry Shannon, pro se.*

PER CURIAM—This is an attempted appeal from the Marion Criminal Court Division No. 2, upon the denial of a petition for a writ of error *coram nobis.* We judicially know that the original criminal case in which the petitioner was convicted of sodomy was appealed to this court and judgment affirmed. *Shannon* v. *State* (1954), 233 Ind. 666, 122 N. E. 2d 81.

No transcript or bill of exceptions has been filed in this court. There is nothing before us for consideration except an unverified statement of the petitioner.

For the reasons stated, the appeal is dismissed.

NOTE.—Reported in 147 N. E. 2d 10.